**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Sharon Baker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00188-JMS-TAB |
| | ) |
| Harris & Harris, Ltd., an Illinois corporation, | ) ) |
| | ) |
| Defendant. | ) |

> Dismissal with prejudice acknowledged [12].
> JMS, DJ 2/15/23
> Distribution via ECF

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant, with prejudice.

Dated: February 14, 2023

One of Plaintiff's Attorneys

s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com